IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR CHAVEZ, | ) | |
| Plaintiff(s), | ) | No. C 05-2630 CRB (PR) |
| v. | ) | ORDER |
| KIM D. SILCOX, et al., | ) | (Doc # 7) |
| Defendant(s). | ) | |

Plaintiff's motion (doc # 7) for an order relieving him from the provisions of California Government Code section 945.4 is DENIED without prejudice to seeking such relief in the appropriate state superior court. See Cal. Gov. Code § 946.6(a) ("The proper court for filing the petition is a superior court that would be a proper court for a trial of an action on the cause of action to which the claim relates.").

SO ORDERED.

DATED: Jan. 25, 2006

CHARLES R. BREYER
United States District Judge