IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR CHAVEZ, | ) | |
| Plaintiff(s), | ) | No. C 05-2630 CRB (PR) |
| v. | ) | ORDER |
| KIM D. SILCOX, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff's request for appointment of counsel is denied for lack of exceptional circumstances. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).

SO ORDERED.

DATED: March 16, 2006

CHARLES R. BREYER
United States District Judge