UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

January 15, 2008

**FILED**

JAN 22 2008

RICHARD V. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR CHAVEZ,

  Plaintiff - Appellant,

v.

KIM D. SILCOX; et al.,

  Defendants - Appellees.

No. 08-15020
D.C. No. CV-05-02630-CRB

**REFERRAL NOTICE**

This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Molly C. Dwyer
Acting Clerk of Court

By: Corina Orozco
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

JAN 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CHAVEZ,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>KIM D. SILCOX; et al.,<br><br>Defendants - Appellees. | No. 08-15020<br>D.C. No. CV-05-02630-CRB<br><br>**ORDER** |

This appeal has been taken in good faith [✗]

This appeal is not taken in good faith [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: January 22, 2008